**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **BELAIR ELECTRONICS, INC.,** | |
| **Plaintiff,** | **Case No.: 1:25-cv-02044** |
| **v.** | **JURY TRIAL DEMANDED** |
| **AMAZON.COM SERVICES LLC,** | |
| **Defendant.** | |

## <u>COMPLAINT FOR PATENT INFRINGEMENT</u>

Plaintiff BelAir Electronics, Inc. ("BelAir" or "Plaintiff") complains of Defendant Amazon.com Services LLC ("Amazon" or "Defendant") as follows:

### NATURE OF LAWSUIT

1.      This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

### THE PARTIES

2.      Plaintiff BelAir Electronics, Inc. is an Illinois corporation with its principal place of business at 5723 Antler Lane, Westmont, Illinois 60559.

3.      BelAir is the named assignee of, owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 7,941,195, entitled "Protective Mask of Mobile Phone," which issued on May 10, 2011 (the "'195 Patent") (a true and correct copy is attached as Exhibit A) and United States Patent No. 10,097,676, entitled "Protective Mask of Mobile Phone," which issued on October 9, 2018 (the "'676 Patent") (a true and correct copy is attached as Exhibit B) (collectively, the "Asserted Patents").

4.      BelAir has the exclusive right to license, enforce and collect all past damages for infringement of the Asserted Patents for the period starting six years prior to the filing date of this suit (December 12, 2019) through the expirations of the Asserted Patents. BelAir also has standing to sue for infringement of the Asserted Patents.

5.      The Asserted Patents' claims are currently being challenged at the United States Patent and Trademark Office ("USPTO") pursuant to *ex parte* reexamination ("EPR") proceedings filed by a third party. Accordingly, BelAir brings this action to preserve remaining damages under the Patents Act, but intends to promptly seek stay of these proceedings until resolution of the EPRs.

6.      Upon information and belief, Defendant Amazon.com Services LLC is a seller and distributor of mobile device cases with the "Amazon Basics" brand name.

7.      Upon information and belief, Defendant maintains numerous offices in Texas and Defendant is hiring for positions in numerous offices in Texas:



(See, https://www.amazon.jobs/content/en/locations, last accessed on December 10, 2025 – featuring Austin, Texas; Dallas-Fort Worth Area, Texas; Houston, Texas; and San Antonio, Texas). Defendant's LinkedIn profile lists numerous offices in Texas:



3350 Laurel Ridge Ave
Ruskin, FL 33570, US
**Get directions** ↗

4255 Anson Blvd
Whitestown, IN 46075, US
**Get directions** ↗

2170 RT-27
Edison, NJ 08817, US
**Get directions** ↗

560 Merrimac Ave
Middletown, DE 19709, US
**Get directions** ↗

150 W Jefferson Ave
Detroit, MI 48226, US
**Get directions** ↗

101 Main St
Cambridge, MA 02142, US
**Get directions** ↗

1800 140th Ave E
Sumner, WA 98390, US
**Get directions** ↗

5000 Commerce Way
Petersburg, VA 23803, US
**Get directions** ↗

50 New Canton Way
Robbinsville Township, NJ 08691, US
**Get directions** ↗

12900 Pecan Park Rd
Jacksonville, FL 32218, US
**Get directions** ↗

4400 12th Street Ext
West Columbia, SC 29172, US
**Get directions** ↗

2 Park St
Sydney, NSW 2000, AU
**Get directions** ↗

510 W Georgia St
Vancouver, BC V6B 0M3, CA
**Get directions** ↗

7290 Investment Dr
North Charleston, SC 29418, US
**Get directions** ↗

11999 National Rd SW
Pataskala, OH 43062, US
**Get directions** ↗

6400 Avenue 6000
Cork, County Cork T12 D292, IE
**Get directions** ↗

96 E San Fernando St
San Jose, CA 95113, US
**Get directions** ↗

Namestie 1. maja 7286/18
Bratislava, Bratislava 811 06, SK
**Get directions** ↗

Rue de Planque
Lauwin-Planque, Hauts-de-France 59553, FR
**Get directions** ↗

23 Church St
Singapore, Singapore 049481, SG
**Get directions** ↗

8120 Humble Westfield Rd
Humble, TX 77338, US
**Get directions** ↗

2996 Ramona Ave
Sacramento, CA 95826, US
**Get directions** ↗

801 30 St NE
Calgary, AB T2A 5L7, CA
**Get directions** ↗

3610 NW Saint Helens Rd
Portland, OR 97210, US
**Get directions** ↗

Avenida Juan Salvador Agraz 73
Cuajimalpa de Morelos, CDMX 05348, MX
**Get directions** ↗

8050 Heritage Rd
Brampton, ON L6Y 0C9, CA
**Get directions** ↗

Evropska 2758/11
Prague, Prague 160 00, CZ
**Get directions** ↗

1910 E Central Ave
San Bernardino, CA 92408, US
**Get directions** ↗

1414 S Council Rd
Oklahoma City, OK 73128, US
**Get directions** ↗

1401 E McCarty Ln
San Marcos, TX 78666, US
**Get directions** ↗

Habibullah Road
Chennai, Tamil Nadu 600017, IN
**Get directions** ↗

188 Spear St
San Francisco, CA 94105, US
**Get directions** ↗

Via delle Mechanica
Fara in Sabina, Laz. 02032, IT
**Get directions** ↗

2302 Marietta Blvd NW
Atlanta, GA 30318, US
**Get directions** ↗

| | |
|---|---|
| Via delle Mechanica<br>Fara in Sabina, Laz. 02032, IT<br>Get directions | 2302 Marietta Blvd NW<br>Atlanta, GA 30318, US<br>Get directions |
| Lane Ct<br>Sterling, VA 20166, US<br>Get directions | Sapir<br>Herzliya, Tel Aviv 46000, IL<br>Get directions |
| 462 Hazelwood Logistics Center Dr<br>Hazelwood, MO 63042, US<br>Get directions | 390 Interlocken Crescent<br>Broomfield, CO 80021, US<br>Get directions |
| 10201 Torre Ave<br>Cupertino, CA 95014, US<br>Get directions | 700 Westport Pkwy<br>Fort Worth, TX 76177, US<br>Get directions |
| 763 SE Kasota Ave<br>Minneapolis, MN 55414, US<br>Get directions | 1850 Mercer Rd<br>Lexington, KY 40511, US<br>Get directions |
| 4411 W 2100 S<br>West Valley City, UT 84120, US<br>Get directions | Carrer de l'Alta Ribagorca<br>El Prat de Llobregat, Catalonia 08820, ES<br>Get directions |
| 11501 Alterra Pkwy<br>Austin, TX 78758, US<br>Get directions | Sikanderpur Flyover<br>Gurugram, HR 122008, IN<br>Get directions |
| 2277 Center Square Rd<br>Logan Township, NJ 08085, US<br>Get directions | Marcel-Breuer-Straße 12<br>Munich, Bavaria 80807, DE<br>Get directions |

(See, https://www.linkedin.com/company/amazon, last accessed on December 10, 2025 – listing offices at: 2700 Regent Blvd, Irving, TX 75063; 4848 Perrin Creek, San Antonio, TX 78217; 8120 Humble Westfield Rd, Humble, TX 77338; 1401 E McCarty Ln, San Marcos, TX 78666; 700 Westport Pkwy, Fort Worth, TX 76177; and 11501 Alterra Pkwy, Austin, TX 78758). Upon information and belief, Defendant maintains numerous fulfillment centers, distribution centers, and delivery stations in Texas:



(See,  https://sellercentral.amazon.com/help/hub/reference/external/201811680#mnd_2jc_jcb-20,

last accessed on December 10, 2025, and



# Amazon Flex Location Codes & How to Find the Nearest Warehouse

Every Amazon warehouse and fulfillment center has a unique location code (like BHM1, PHX5, DFW6) used for tracking inventory and coordinating deliveries. These Amazon Flex location codes help drivers and sellers identify specific facilities within Amazon's distribution network.

**Understanding Facility Types:**

- **FC (Fulfillment Center):** Main warehouses where FBA inventory is stored and shipped
- **DC (Distribution Center):** Regional hubs that redistribute inventory to fulfillment centers
- **SC (Sortation Center):** Facilities that sort packages by delivery route
- **Delivery Stations:** Final-mile locations where packages are loaded for delivery

**Finding Your Closest Amazon Warehouse:** Use the state-by-state directory below to locate the nearest Amazon warehouse or fulfillment center. Each entry includes the complete warehouse address and facility code to help you plan shipments or deliveries efficiently.

# All Amazon Warehouse Locations in USA - Complete List of Fulfillment Centers

Below is the complete list of Amazon fulfillment centers, distribution centers, and delivery stations across all US states, including facility codes and warehouse addresses.



| | | | |
|---|---|---|---|
| Texas | DAL3 | FC | 1301 Chalk Hill Road, Dallas, Texas 75211 , Dallas County |
| Texas | DAL6 | FC | 4601 Gold Spike Drive, Fort Worth, TX 76106 |
| Texas | DAL9 | DC | 1400 Southport Pkwy, Wilmer, TX 75172, United States |
| Texas | DAU1 | FC | 2093-2209 Rutland Dr, Austin, TX 78758 |
| Texas | DAU2 | DC | 7000 Metropolis Dr, Austin, TX 78744, United States |
| Texas | DDA1 | FC | 13341-13399 Bee St, FarmersBranch, TX 75234 |
| Texas | DDA2 | FC | 1101-1107 E 15th St, Plano, TX 75074 |
| Texas | DDA3 | FC | 401 Commerce St, FortWorth, TX 76102 |
| Texas | DDC1 | FC | 12401 North Stemmons Fwy., Farmers Branch, TX 75234 |
| Texas | DFW1 | FC | 2700 Regent Boulevard, DFW Airport, TX 75261 |
| Texas | DFW6 | FC | 940 W Bethel Road, Coppell, TX 75019-4424 |
| Texas | DFW7 | FC | 700 Westport Parkway, Fort Worth, TX 76177-4513 |
| Texas | DFW8 | SC | 2700 Regent Boulevard, DFW Airport, TX 75261 |
| Texas | DFW9 | FC | 2700 Regent Blvd, Irving, TX 75063 |
| Texas | DWF9 | FC | 2700 Regent Blvd., Irving, TX 75063 |
| Texas | FTW1 | FC | 33333 LBJ FWY, Dallas, Texas, US |
| Texas | FTW2 | FC | 940 W Bethel Rd, Coppell, TX 75019-4424 |
| Texas | FTW3 | FC | 15201 Heritage Parkway, Fort Worth, TX 76177-2517 |

8

| | | | |
|---|---|---|---|
| Texas | FTW4 | FC | 15201 Heritage Parkway, Fort Worth, TX 76177-2517 |
| Texas | FTW6 | FC | 2601 W Bethel Road, Grapevine (Coppell), Texas 752614034 , Dallas County |
| Texas | FTW7 | FC | 944 W. Sandy Lake Rd, Coppell, TX 75019-3989 |
| Texas | FTW8 | FC | 3351 Balmorhea Dr. Dallas, TX 75241-7304 |
| Texas | FTW9 | FC | 944 West Sandy Lake Road |
| Texas | FTX4 | FC | 1301-1399 Jackson St, Dallas, TX 75202 |
| Texas | FTX7 | FC | 401 Commerce St, FortWorth, TX 76102 |
| Texas | HDA1 | FC | 2701 W Bethel Rd, Coppell, TX 75261-4015 – Dallas County |
| Texas | HOU1 | SC | 8120 Humble Westfield Road, Humble, TX 77338 |
| Texas | HOU2 | FC | 10550 Ella St., Houston, TX 77038-2324 |
| Texas | HOU3 | FC | 31555 Highway 90 E, Brookshire, TX 77423-2769 |
| Texas | HOUX | FC | 2701 W Bethel Road, Coppell, TX 75261 |
| Texas | HTX1 | FC | 4221 Way Out West Drive, Houston, TX 77092 |
| Texas | HTX2 | FC | 4221 Way Out West Drive, Houston, TX 77092 |
| Texas | IAH6 | | 8401 Fallbrook Drive, Houston, TX |
| Texas | ITX1 | FC | 9851 Fallbrook Pines Drive Suite 100 Houston, TX 77064-3329 |
| Texas | ITX2 | FC | 6911 FAIRBANKS N HOUSTON RD SUITE 160 Houston, TX 77040-1437 United States |

| | | | |
|---|---|---|---|
| Texas | LBB1 | | 2407 9th Street, Suite 400, Lubbock, TX |
| Texas | PTX1 | FC | 2101 Danieldate Road, Lancaster, Texas 75134 , Dallas County (Seasonal Facility) |
| Texas | RAU1 | FC | 11299 Metric Blvd, Austin, TX 78758 |
| Texas | RDA1 | FC | 100-248 E Hudgins St, Grapevine, TX 76051 |
| Texas | RDA2 | FC | 15700-15704 Hillcrest Rd, Dallas, TX 75248 |
| Texas | RTX2 | FC | 501 Congress Ave, Austin, TX 78701 |
| Texas | RTX3 | FC | 998 Bagby St, Houston, TX 77002 |
| Texas | RTX4 | FC | 1502 Marilla St, Dallas, TX 75201 |
| Texas | RTX5 | FC | 198 Dolorosa, San Antonio, TX 78205 |
| Texas | SAT1 | FC | 6000 Enterprise Avenue, Schertz, TX 78154 |
| Texas | SAT2 | FC | 1401 E McCarty Ln, San Marcos, TX 78666 |
| Texas | SAT5 | SC | 1410 S. Callaghan Road, San Antonio, TX 78227 |
| Texas | STX2 | | 1625 HUTTON DR, CARROLLTON, TX |
| Texas | SUAD | | 100 Syble Jean Dr., Burleson, TX |
| Texas | SUBG | | 28651 Cranford Sage Ln, Katy, TX |
| Texas | SUGB | | 5283 N State Hwy 6, Woodway, TX |
| Texas | SUHT | | 1809 W. Frankford Rd, Suite 160, Carrollton, TX |
| Texas | SUOF | | 6605 Roxburgh Dr. Suite 400, Houston, TX |
| Texas | SUOZ | | 359 Pike Court, Suite 500, La Porte, TX |
| Texas | SUSE | | 188 County Road 4226, Decatur, TX |
| Texas | TAM1 | FC | 2800 S Texas Avenue Suite 401, Bryan, TX 77802 |

| Texas | TBD | FC | TBD S Ih 35 Highway, San Marcos, 78666 |
| Texas | TBD6 | FC | 4800 LBJ Freeway, Dallas, TX 75241 |
| Texas | TBDA | FC | 1300 East McCarty Lane, San Marcos, TX 78666 |
| Texas | TEX1 | | Gregory Gym, 2101 Speedway, Austin, TX |
| Texas | TTX2 | FC | 2209 Rutland Dr Ste B110, Austin, TX 78758 |
| Texas | TTX3 | FC | 4221 Way Out West Drive, Houston, TX 77092 |
| Texas | TTX4 | FC | 6627 Maple Avenue, Dallas, TX 75235 |
| Texas | TTX5 | | 4848 Perrin Creek 680, San Antonio, TX |
| Texas | UTX1 | FC | Irving, TX 75014 |
| Texas | UTX2 | FC | Austin, TX 73301 |
| Texas | UTX3 | FC | Houston, TX 77001 |
| Texas | UTX5 | FC | 198 Dolorosa, San Antonio, TX 78205 |
| Texas | UTX7 | FC | 4601 Gold Spike Drive, Fort Worth, TX 76106 |
| Texas | UTX8 | FC | 2800 S Texas Avenue Suite 401, Bryan, TX 77802 |
| Texas | UTX9 | | 4616 W Howard Lane, AUSTIN, TX |
| Texas | VUBI | | 501 Meacham Blvd, Fort Worth, TX |
| Texas | VUHE | | 3401 Innovative Way, Mesquite, TX |
| Texas | VUKH | FC | 1901 W Airfield Dr, DFW Airport, TX 75261 |
| Texas | VUPO | FC | 4808 Mountain Creek Parkway, Dallas, TX 75236 |
| Texas | VUPZ | | 4800 Henrietta Creek Rd, Fort Worth, TX |
| Texas | XIX3 | | 1400 SOUTHPORT PKWY BLDG 7, WILMER, TX |
| Texas | XLAF | | 1600 Roe St, Dallas, TX |
| Texas | XUSB | FC | 14900 Frye Road, Fort Worth, TX 76155 |
| Texas | VUPJ | FC | 101 Mars Road, Wilmer, TX 75172 |
| Texas | TEM1 | FC | 2255 North 3rd Street, Temple, TX 76501 |
| Texas | WAC1 | FC | 1000 N Loop 340, Waco, TX 76705 |

https://amzprep.com/fba-locations/, last accessed on December 10, 2025). Additionally, Defendant Amazon.com Services LLC is registered to do business in Texas and has a registered agent located in Texas incident to such registration:



(See, https://direct.sos.state.tx.us/acct/acct-login.asp, last accessed on December 9, 2025 – Texas Secretary of State registration data).

8.     In furtherance of Plaintiff's review and analysis prior to filing this action, Plaintiff studied Defendant's publicly-available product literature and, among other things, purchased "Amazon Basics Hybrid Series Case for Samsung Galaxy S21, Matte Black" and "Amazon Basics Shockproof and Protective Case For iPhone 12 mini, Crystal Clear" cases from Amazon.com for assessment as representative of Defendant's infringing products (as identified in Exhibit C and detailed further below). The infringing products detailed, and all substantially similar products, are collectively referred to as the "Accused Products" as detailed further below.

9.     Defendant primarily advertised and sold Accused Products online (see https://www.amazon.com/ and related urls in the amazon.com domain) and which were available to customers in this Judicial District.

10. Defendant offered for sale and sold the Accused Products for mobile devices throughout the United States and this Judicial District.

## JURISDICTION AND VENUE

11. BelAir's claims for patent infringement against Defendant arise under the patent laws of the United States including 35 U.S.C. §§ 271 and 281. This Court has original and exclusive subject matter jurisdiction over this Complaint pursuant to 28 U.S.C. §§ 1331 and 1338(a).

12. Defendant owns and operates facilities in Texas, otherwise conducts business in Texas, and directs advertisements at residents of Texas – including with respect to products covered by claims of the Asserted Patents – and throughout the United States including this Judicial District.

13. Defendant is a registered Texas Foreign Limited Liability Company currently doing business in this Judicial District. Defendant has purposefully availed itself of the privilege of conducting business with residents of this Judicial District, has purposefully reached out to residents of this Judicial District, and has established sufficient minimum contacts with the State of Texas such that it should reasonably and fairly anticipate being haled into court in Texas and this Judicial District.

14. Personal jurisdiction over Defendant is proper in this Court because Defendant (a) is registered to do business in Texas with a registered agent located in Texas incident to such registration; (b) maintains numerous offices, fulfillment centers, distribution centers, and delivery stations in Texas; (c) has minimum contacts with the State of Texas; and (d) has purposefully availed itself of the privileges of conducting business in the State of Texas.

15.    Venue in this Judicial District is proper under 28 U.S.C. §§ 1391(b), (c) and 28 U.S.C. § 1400(b) because Defendant resides in this Judicial District and/or has committed acts of infringement and has a regular and established place of business.

## THE ACCUSED PRODUCTS

16.    Defendant has infringed certain claims of the Asserted Patents through the manufacture, sale, offer for sale, advertisement, importation, shipment, distribution, and/or use of Defendant's protective masks for mobile devices (the "Accused Products").

17.    As presently advised, the Accused Products include at least the following categories of protective masks for mobile devices ("Case Styles") with the "Amazon Basics" brand name: Clear; Clear Soft TPU (and Clear Bundle); Crystal (Blue, Pink); Crystal (Brown, Clear); Dual Layer; Glitter Soft TPU (and Glitter Bundle); Hybrid; Leather Wallet Detachable Case; Shockproof and Protective Case Clear and Black; Shockproof and Protective Case Crystal Clear; Silicone Rubber Slim; Slim Case; Textured Case; Clear Back Cover; PU Leather Case; Smart Case; and Trifold Hard Matte Back Flip Stand. (See Exhibit C; https://www.amazon.com/ and related urls in the amazon.com domain).

18.    As presently advised, the Accused Products include at least the following Amazon Standard Identification Numbers ("ASINs") of Accused Products with the "Amazon Basics" brand name:

| | | |
|---|---|---|
| B08KQRG2QS | B099WZT3XW | B08KQRCQ1J |
| B08KQKXYW2 | B099X342MM | B099X2T3FJ |
| B01I48LL2A | B07XFF6CM9 | B099X141C1 |
| B01I48LYA4 | B099X2HGFH | B099X34Z1X |
| B074STYDNN | B09F3K17W3 | B099X4ZBKK |
| B01I48LPXU | B09F3LPHHM | B08KQR2XP9 |
| B07XDBG6GG | B09F3KHGG1 | B07XH93YRH |
| B01I48LUQM | B09F3MHTWW | B01MRXXH56 |
| B01I48M098 | B09F3K66VJ | B01I48LRIS |
| B074T2HC94 | B09F3FB45M | B07XHB6N9L |
| B07XGBZQCY | B08KQP4XBP | B0761SM21V |

| | | |
|---|---|---|
| B01LN5ELLO | B07HJQFVGV | B08R6KBXP9 |
| B01LN5UCMQ | B07HJPJQGM | B08R6JWB7W |
| B08548CM17 | B074STPGB1 | B08R6JZPYF |
| B07XC7JM2F | B074T15TF2 | B08R6KRZ51 |
| B07XC7LF3Q | B07XB7LZ91 | B0BQN8SGTW |
| B01I48LT5O | B07XB7LZB6 | B0719QH4JP |
| B099WYWS88 | B01I48LM2E | B071QWWPJY |
| B08KQRL2JJ | B08R6K1BYK | B071D8C38K |
| B074SV33Q2 | B08R6JMTQ2 | B071CYTWR5 |
| B01I48LKCG | B08R6GY152 | B009YQ8BTI |
| B074SZDL4J | B08R6HYNND | B00BPKITZC |

(See Exhibit C; https://www.amazon.com/ and related urls in the amazon.com domain).

19.    As presently advised, the Accused Products include protective masks for at least the following mobile devices: Apple iPhone 7; Apple iPhone 7 Plus; Apple iPhone 8; Apple iPhone 8 Plus; Apple iPhone X; Apple iPhone XR; Apple iPhone XS; Apple iPhone XS Max; Apple iPhone 11; Apple iPhone 11 Pro; Apple iPhone 11 Pro Max; Apple iPhone 12; Apple iPhone 12 Mini; Apple iPhone 12 Pro; Apple iPhone 12 Pro Max; Apple iPhone 13; Apple iPhone 13 Mini; Apple iPhone 13 Pro; Apple iPhone 13 Pro Max; Samsung Galaxy A12; Samsung Galaxy S21; Samsung Galaxy S21+; Samsung Galaxy S21 Ultra; Apple iPad 9.7" (5th Gen) (2017); Apple iPad 10.2" (7th Gen) (2019); Apple iPad 10.2" (8th Gen) (2020); Apple iPad 10.2" (9th Gen) (2021); Apple iPad mini; Apple iPad Pro 10.5" (2017); and Apple iPad Pro 12.9" (2017). (See Exhibit C; https://www.amazon.com/ and related urls in the amazon.com domain).

20.    The Accused Products, as illustrated below, are those protective masks that are capable of being coupled to a portion of a mobile device so that the mobile device will not fall out of the protective mask. The Accused Products are those protective masks that comprise a flange or retainer (as recited in the asserted claims, *infra*). Upon information and belief, such a flange is indicated by the marking(s) in the illustrations hereinbelow. The Accused Products also may use flange(s) or retainer(s) in conjunction with substantial surface to surface contact by the inner surface of the protective mask which conforms to the contour of the outer surface of the mobile

device, working together to provide non-permanent, temporary protection to the mobile device. While not required by all asserted claims, the Accused Products are protective masks that include openings to allow access to the interface as well as inputs and outputs, as well as protective masks that have patterns, nameplates, type, text, or graphic elements. See Exhibit C for exemplary photos for all categories of Defendant's Case Styles. Below are pictures of representative Accused Products.




| | |
|---|---|
| **Brand** | Amazon Basics |
| **Compatible Phone Models** | Samsung Galaxy S21 |
| **Color** | Matte Black |
| **Compatible Devices** | Samsung Galaxy S21 |
| **Material** | hard PC and soft TPU bumper |

**About this item**

- Advanced hybrid design that blends shock-resistant TPU bumpers with a hard PC back

- Solid PC back plate is anti-fingerprint to keep your phone looking its best; dual-layer protection protects against drops, damage, and dust and is comfortable to hold in the hand

- Raised bezels lift the screen and camera off flat surfaces to protect against impacts, scratches, and breaks

- Raised buttons are easy to feel and press and provide satisfying feedback for exceptional user experience

- Specially designed for Samsung Galaxy S21 with precision cutouts for access to all buttons and ports

From the manufacturer

## Amazon Basics Hybrid Series Case Designed for Samsung Galaxy









**For Samsung Galaxy**

Keep your phone protected and looking like new with the Amazon Basics phone case, designed specifically to fit your Samsung Galaxy's model.

**Hybrid Construction**

Durable hybrid TPU bumpers and hard PC back with raised bezel edges that keep the screen and camera from being scratched.

**Precision Cut**

Designed so you can easily access your phone's controls, the hybrid case features precision cut openings for buttons and ports.

**Dual Layer Protection**

Dual layer protection deflects shocks, dings, dirt and other damage, keeping your phone like new, longer.

## Product information

| | |
|---|---|
| **Product Dimensions** | 6 x 2.9 x 0.44 inches |
| **Item Weight** | 1.28 ounces |
| **ASIN** | B08R6K1BYK |
| **Item model number** | ZXL524 |
| **Customer Reviews** | 3.3 ★★★☆☆ ∨ (30) <br> 3.3 out of 5 stars |
| **Best Sellers Rank** | #282,104 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories) <br> #117,413 in Cell Phone Basic Cases |
| **Special features** | Shock-Absorbent |
| **Other display features** | Wireless |
| **Form Factor** | Bumper |
| **Color** | Matte Black |
| **Manufacturer** | Amazon |
| **Date First Available** | December 13, 2021 |

**Product Description**

Product Description

Amazon Basics brings you high quality everyday items at low prices. Why choose when you can have both?

From the Manufacturer

Amazon Basics

## Item description

**Amazon Basics Hybrid Series Case for Samsung Galaxy S21, Matte Black** (SKU: B08R6K1BYK)
Condition: New
Sold by: Amazon.com Services, Inc












Amazon Basics Hybrid Series Case for Samsung Galaxy S21, Matte Black: https://www.amazon.com/dp/B08R6K1BYK/ (See Exhibit C and pictures of representative products).





Color: **Crystal Clear**

Size: **iPhone 12 Mini**

| | |
|---|---|
| **Brand** | Amazon Basics |
| **Compatible Phone Models** | iPhone 12 Mini |
| **Color** | Crystal Clear |
| **Compatible Devices** | iPhone 12 mini |
| **Material** | Thermoplastic Polyurethane |

**About this item**

- Perfectly designed to provide full protection for your iPhone 12 mini
- Precise cut-outs and tactile buttons for full access to all features and exceptional user experience
- Bumper around outside edge absorbs shocks and drops
- Made of durable TPU material to prevent unsightly scratches
- Absorbs the impact from drops up to 6 feet



**Clear, Protective Covers**

The covers are designed to provide full protection for iPhone 12, 12 Pro Max or 12 Mini devices; available in Clear or Clear with Black accents.



**Enhanced Phone Protection**

The cover's bumper around outside edge helps absorb shocks from drops, absorbing the impact from drops up to 6 feet.



**Snug, Precise Fit**

Precise cut-outs and tactile buttons offer full access to all phone features, providing an exceptional user experience.



**Durable Material**

Made of durable TPU material to prevent unsightly scratches and keep your phone looking great while its protected.

**Product information**

| | |
|---|---|
| **Product Dimensions** | 5.5 x 0.42 x 3 inches |
| **Item Weight** | 0.88 ounces |
| **ASIN** | B08KQRG2QS |
| **Item model number** | SP-15412-45411 |
| **Customer Reviews** | 4.5 ★★★★★ ⌄ (3,963)<br>4.5 out of 5 stars |
| **Best Sellers Rank** | #47,175 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#17,054 in Cell Phone Basic Cases |
| **Special features** | Shock-Absorbent |
| **Other display features** | Wireless |
| **Form Factor** | Bumper |
| **Color** | Crystal Clear |
| **Manufacturer** | Amazon |
| **Date First Available** | April 9, 2021 |

**Product Description**

Product Description

Amazon Basics Shockproof and Protective iPhone Case for iPhone 12 mini - Crystal Clear

From the Manufacturer

Amazon Basics

## Item description

Amazon Basics Shockproof and Protective Case For iPhone 12 mini, Crystal Clear (SKU: B08KQRG2QS)
Condition: New
Sold by: Amazon.com Services, Inc











Amazon Basics Shockproof and Protective Case For iPhone 12 mini, Crystal Clear: https://www.amazon.com/dp/B08KQRG2QS/ (See Exhibit C and pictures of representative products).

21.    The Accused Products subject to this Complaint include all substantively similar products and any predecessor and/or successor versions that satisfy each limitation of, and therefore infringed, any asserted claim of the Asserted Patents whether sold directly or via other online marketplaces or brick and mortar retail stores.

22.     After adequate discovery, BelAir may seek leave to amend this Complaint to include additional details of infringement, if any, by other products hereafter discovered to infringe the Asserted Patents.

## INFRINGEMENT BY DEFENDANT

### COUNT I: INFRINGEMENT OF UNITED STATES PATENT NO. 7,941,195

23.     Plaintiff BelAir realleges and incorporates by reference paragraphs 1 through 22, inclusive, as though fully set forth herein.

24.     Defendant directly infringed at least independent Claim 9 of the '195 Patent (prior to its expiration on or about November 16, 2022).

### CLAIM 9

25.     The Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendant, comprised a protective mask adapted to be coupled to an exterior housing of a mobile phone having internal components including circuitry and a battery, which are covered by the exterior housing, in accordance with the limitations of Claim 9 of the '195 Patent.

26.     Specifically, the Accused Products comprised:

a.      a first mask portion, molded to conform to the shape of a first portion of the exterior housing of the mobile phone; and

b.      the first mask portion having flanges to allow the first mask portion to be coupled to the mobile phone to retain the first mask portion to the first portion of the exterior housing so that the first mask portion covers the first portion of the exterior housing of the mobile phone.

27.     To the extent required by law, BelAir has complied with the provisions of 35 U.S.C. § 287. Further, in instances wherein BelAir has granted rights to third parties prior to expiration

of the '195 Patent, BelAir is not aware of any such third party failing to comply with its respective marking obligation prior to expiration of the '195 Patent.

28.    Defendant's direct infringement as described above, either literally or under the doctrine of equivalents, has injured BelAir and BelAir is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

**COUNT II: INFRINGEMENT OF UNITED STATES PATENT NO. 10,097,676**

29.    Plaintiff BelAir realleges and incorporates by reference paragraphs 1 through 22, inclusive, as though fully set forth herein.

30.    Defendant directly infringed at least independent Claims 1, 5, 8, and 9 of the '676 Patent (prior to its expiration on or about October 23, 2021).

## <u>CLAIM 1</u>

31.    The Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendant, comprised a protective mask molded for frictional retention to an exterior housing of a mobile phone having user input and output interfaces, and internal components including circuitry and a battery, wherein the exterior housing completely encloses the circuitry and the battery when the mobile phone is fully assembled and ready for use, the exterior housing having an exterior shape formed by a back surface, and at least portions of opposed side surfaces, in accordance with the limitations of Claim 1 of the '676 Patent.

32.    Specifically, the Accused Products comprised:

a.    an integrally-formed mask body molded and contoured to conform and frictionally-fit tightly against the exterior shape of the exterior housing;

b.    an inner surface of the integrally-formed mask body defining an interior space of the integrally-formed mask body and conforming to and in substantially continuous surface-to-surface contact with the exterior shape

of the exterior housing, with no substantial space between the inner surface of the integrally-formed mask body and the exterior shape of the exterior housing;

c.      at least one opening defined by the integrally-formed mask body permitting user access to at least the user input and output interfaces; and

d.      at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

33.     As presently advised, one or more Accused Products also likely satisfied the limitations of, and infringed, dependent Claims 2, 3, and 4 of the '676 Patent.

<u>**CLAIM 5**</u>

34.     The Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendant, comprised a protective mask molded for frictional retention to an exterior housing of, and adapted to be coupled to, a mobile communication device having internal components including circuitry and a battery, wherein the exterior housing completely encloses the circuitry and battery when the mobile communication device is fully assembled and ready for use, and wherein the exterior housing has an exterior shape including a back face and at least portions of opposed side surfaces, in accordance with the limitations of Claim 5 of the '676 Patent.

35.     Specifically, the Accused Products comprised:

28

a.    an integrally-formed mask body molded and contoured to conform and frictionally fit to the exterior shape of the exterior housing;

b.    an inner surface of the integrally-formed mask body defining an interior space of the integrally-formed mask body and conforming to and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing in overlying and protecting relationship, without a substantial gap between the inner surface of the integrally-formed mask body and the exterior shape of the exterior housing, the integrally-formed mask body defining an opening enabling the mask to be placed over the exterior shape in overlying and protecting relationship; and

c.    at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

36.    As presently advised, one or more Accused Products also likely satisfied the limitations of, and infringed, dependent Claims 6 and 7 of the '676 Patent.

## CLAIM 8

37.    The Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendant, comprised a mask for attachment to a hand-held mobile phone, the mobile phone having user input and output interfaces, internal components including circuitry and a battery, and an exterior housing completely enclosing the

circuitry and battery when the mobile phone is fully assembled and ready for use, the exterior housing including a first face, a second face and opposed side surfaces there between, in accordance with the limitations of Claim 8 of the '676 Patent.

38.    Specifically, the Accused Products comprised:

a.    an integrally-formed mask body molded to conform to a shape of the exterior housing;

b.    inner and outer surfaces, the surfaces defining at least one opening in the integrally-formed mask body providing access to at least one of the user input and output interfaces, the integrally-formed mask body being configured such that, when the mask is attached to the mobile phone, the integrally-formed mask body is coextensive with, contours to and overlies the opposed side surfaces, with substantially no space between the mask body and the opposed side surfaces; and

c.    at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

## CLAIM 9

39.    The Accused Products, as manufactured, sold, offered for sale, advertised, imported, shipped, distributed, and/or used by Defendant, comprised a protective mask molded for frictional retention to an exterior housing of a fully assembled mobile communication device

having user input and output interfaces, the mobile communication device further having internal components including circuitry and a battery completely enclosed by the exterior housing, and the exterior housing having an exterior shape formed by a back surface and at least portions of opposed side surfaces, in accordance with the limitations of Claim 9 of the '676 Patent.

40.    Specifically, the Accused Products comprised:

a.    an inner surface closely conforming to the exterior shape of the exterior housing and in substantially continuous surface-to-surface contact with the exterior shape of the exterior housing, with substantially no space between the inner surface of the protective mask and the exterior shape when the protective mask is retained to the exterior housing, the protective mask being molded, integrally formed, contoured and sized to fit tightly against the exterior shape of the exterior housing, thereby providing retention of the protective mask to the exterior housing;

b.    at least one opening defined by the protective mask permitting user access to at least the user input and output interfaces; and

c.    at least one retainer having an extension protruding laterally inward from the integrally-formed mask body and toward and into the integrally-formed mask body interior space, wherein the at least one retainer is retained to the exterior housing at an exterior housing edge when the mask is coupled to the mobile communication device, the at least one retainer participating in retaining the integrally-formed mask body to the mobile communication device.

41.     As presently advised, one or more Accused Products also likely satisfied the limitations of, and infringed, dependent Claims 10, 11, and 12 of the '676 Patent.

42.     To the extent required by law, BelAir has complied with the provisions of 35 U.S.C. § 287. Further, in instances wherein BelAir has granted rights to third parties prior to expiration of the '676 Patent, BelAir is not aware of any such third party failing to comply with its respective marking obligation prior to expiration of the '676 Patent.

43.     Defendant's direct infringement as described above, either literally or under the doctrine of equivalents, has injured BelAir and BelAir is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

## PRAYER FOR RELIEF

A.      WHEREFORE, Plaintiff BelAir Electronics, Inc. respectfully requests this Court to enter judgment against Defendant Amazon.com Services LLC – and against each of its subsidiaries, successors, parents, affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with it – granting the following relief:

B.      The entry of judgment in favor of Plaintiff and against Defendant;

C.      An award of damages against Defendant adequate to compensate Plaintiff for the infringement that occurred from at least December 12, 2019, through expirations of the Asserted Patents, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284, together with prejudgment interest from the date infringement began; and

D.      Such other relief to which Plaintiff is entitled under the law and any other and further relief that this Court or a jury may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues presented in this Complaint.

Dated: December 12, 2025

Respectfully submitted,

*/s/ Timothy J. Haller*

Timothy J. Haller 3125265(IL)
HALLER LAW PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone: (630) 336-4283
haller@haller-iplaw.com

**Attorney for Plaintiff,
BelAir Electronics, Inc.**